**CATFISH FARMERS OF AMERICA, America's Catch, Alabama Catfish, Inc., dba Harvest Select Catfish, Inc., Heartland Catfish Company, Magnolia Processing, Inc., dba Pride of the Pond, Simmons Farm Raised Catfish, Inc., Plaintiffs–Appellees**

**Consolidated Catfish Companies, LLC, dba Country Select Catfish, Delta Pride Catfish, Inc., Plaintiffs**

v.

**UNITED STATES, Defendant–Appellee**

v.

**Vinh Hoan Corporation, Defendant–Appellant**

**Vinh Quang Fisheries Corporation, H & N Foods International, Vietnam Association of Seafood Exporters and Producers, Defendants.**

No. 2015–1344.

United States Court of Appeals, Federal Circuit.

April 12, 2016.

Nazakhtar Nikakhtar, Cassidy Levy Kent (USA) LLP, Washington, DC, argued for plaintiffs-appellees. Also represented by Nathaniel J. Halvorson.

Kara Westercamp, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by Benjamin C. Mizer, Jeanne E. Davidson, Franklin E. White, Jr., Ryan Majerus; David W. Richardson, Office of the Chief Counsel for Trade Enforcement & Compliance, United States Department of Commerce, Washington, DC.

Matthew McConkey, Mayer Brown LLP, Washington, DC, argued for defendant-appellant. Also represented by Kelsey Rule.

PROST, Chief Judge, NEWMAN and LOURIE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.